**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| INMOTION IMAGERY TECHNOLOGIES, LLC | § § § | |
| vs. | § § | CASE NO. 2:10-CV-474-TJW-CE |
| JVC AMERICAS, CORP. ET AL. | § § | |

## ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 77) has been presented for consideration. The report recommends that the court deny defendant Lenovo (United States) Inc.'s ("Lenovo") Rule 12(b)(6) motion to dismiss Plaintiff's indirect infringement claims. Lenovo did not file objections to the report.

The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court adopts the report of the United States Magistrate Judge, in its entirety, as the conclusions of this court. Accordingly, it is ORDERED that Lenovo's motion to dismiss Plaintiff's indirect infringement claims (Dkt. No. 52) is DENIED.

SIGNED this 30th day of September, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE